JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5454 RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| MAURICE JEFFCOAT, | ) | |
| Defendants. | ) | |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense. 18

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM's DUE DATE    1
*U.S. v. Jeffcoat*; CR06-5454RBL

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  U.S.C. § 3161(h)(8)(B)(iv).

2  NOW, THEREFORE,

3  IT IS HEREBY ORDERED that the **trial date** is continued from September 11,

4  2006 **to February 26, 2007**, **at 9:00 AM**.  The resulting period of delay from September

5  11, 2006 to February 26, 2007, is hereby excluded for speedy trial purposes under 18

6  U.S.C. § 3161(h)(8)(A) and (B).

7  **Motions** to be filed not later than **January 16, 2007.**

8  **Motion(s) Hearing**, if needed, shall be conducted **February 8, 2007 at 8:30 AM**

9  .

10  IT IS SO ORDERED this 14th day of August, 2006.

11  RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

12  Digitally Signed upon oral authorization (JAB)

13  Presented By:

15  /s/                                              /s/

16  Russell V. Leonard                       Lisca Borichewski
Attorney for Mr. Jeffcoat                Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM's DUE DATE        2
*U.S. v. Jeffcoat*; CR06-5454RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**